NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**ALLERGAN, INC., ALLERGAN USA, INC.,
ALLERGAN SALES, LLC, ENDO
PHARMACEUTICALS SOLUTIONS, INC.,
AND SUPERNUS PHARMACEUTICALS, INC.,**
*Plaintiffs-Appellants,*

v.

**WATSON LABORATORIES, INC. - FLORIDA,**
*Defendant-Appellee,*

AND

**SANDOZ, INC.,**
*Defendant-Appellee,*

AND

**PADDOCK LABORATORIES, INC.,**
*Defendant-Appellee.*

---

2012-1310

---

Appeal from the United States District Court for the District of Delaware in consolidated case no. 09-CV-0511, Chief Judge Gregory M. Sleet.

---

**ON MOTION**

---

# ORDER

Allergan, Inc. et al. (Allergan) move to expedite the briefing schedule and the scheduling of oral argument in this case. Allergan states that the appellees oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted in part. Allergan's opening brief is due no later than May 1, 2012. The appellees' briefs are due no later than June 1, 2012. Allergan's reply brief and the joint appendix are due no later than June 8, 2012. Oral argument will be scheduled by subsequent order of the court.

FOR THE COURT

APR 2 7 2012

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Jonathan E. Singer, Esq.
Charles A. Weiss, Esq.
Deanne E. Maynard, Esq.
Wendy M. Ward, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 7 2012

JAN HORBALY
CLERK